# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ERINASHA JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-3045

_____

May 8, 2024

Appeal from the Circuit Court for Pinellas County; Susan St. John, Judge.

Howard L. Dimmig, II, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, LaROSE, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.